CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
FAX: (415) 436-7000
william.skewes-cox@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YUEWEN ZHENG, *et al*.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Case No. 5:26-cv-08370-NC

**STIPULATION TO STAY PROCEEDINGS; ORDER**

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until December 4, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this mandamus action seeking adjudication of their Form I-485, Application for Adjustment of Status. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on Plaintiffs' Form I-485, with a response due date of November 4, 2026. Once USCIS receives Plaintiffs' response to the RFE, the agency will work diligently towards completing adjudication of Plaintiffs' application, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until December 4, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 19, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
*WILLIAM SKEWES-COX*
Special Assistant United States Attorney
Attorneys for Defendant

Dated: October 19, 2026

*/s/ Zheng Liu*
ZHENG LIU
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. This case is stayed until December 4, 2026.

Date: October 19, 2026




HON. NA[illegible]
United State[illegible]dge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.